| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

## FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial) PAEZ, RICHARD A | 2. Court or Organization U.S. COURT OF APPEALS 9TH CIR | 3. Date of Report 6/4/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ● Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 125 S. GRAND ANVE STE. 300 PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/94 | Los Angeles Co. Tax Deferred Compensation Program. Deferred Salary payments - 4 annual payments beginning 2002. |
| 2. | 9/98 | California Judges Retirement System - Deferred Retirement |

RECEIVED 2004 JUN -8 A 8:27 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

■ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 7/1/03 | Great West Life (Los Angeles County Deferred Comp) | 16,098 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-employed - Human Resource Consultant |
| 2. | 2003 | Pacific Oaks College |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Notre Dame Law School | Award - $400 (Travel & Lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| PAEZ, RICHARD A | 6/4/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month-Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Magellan | A | Dividend | J | T | | | | | |
| 2. Fidelity Contrafund | A | Dividend | N | T | Redeem | 1/3 | M | A | |
| 3. Fidelity Contrafund (Cont'd) | | | | | Redeem | 3/5 | L | A | |
| 4. Fidelity Cash Reserves | A | Dividend | L | T | Buy | 3/5 | L | | |
| 5. Fidelity Short Term Bonds | A | Dividend | L | T | Buy | 3/5 | L | | |
| 6. Fidelity Ginne Mae | A | Dividend | L | T | Buy | 3/5 | L | | |
| 7. Fidelity Govt | A | Dividend | L | T | Buy | 3/5 | L | | |
| 8. █████ Fidelity Contra Fund | A | Dividend | K | T | Redem | 3/5 | K | A | |
| 9. █████ Fidelity Govt | A | Dividend | K | T | Buy | 3/5 | K | | |
| 10. Condominium, Whatcom, Wa. | | | M | T | | | | | See Part VIII |
| 11. L.A. Co. Deferred Comp. | | | | | | | | | See Part VIII |
| 12. IBM 401K Plan | A | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAEZ, RICHARD A | 6/4/2004 |

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report.)

(1) Part VII: ████████ and I, with ████████ jointly own a condominium in Whatcom County. We do not derive any income from this property as ████ ████ reside in the condominium.

(2) Part VII(6): I have previously reported my participation in L.A. County's deferred compensation program in Sections II and VII. I received my second payment on 7/1/2003 and it is reported in Section III.

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Washington Mutual Savings | Mortgage Loan | M |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                 Date   6-04-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544